**Dismissed and Opinion Filed January 6, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01678-CV

### IN RE MICHAEL STOUT, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91072544-T**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Brown
Opinion by Justice Moseley

Before the Court is relator's petition for writ of mandamus naming the Texas Department of Criminal Justice as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the Texas Department of Criminal Justice. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Jim Moseley/
JIM MOSELEY
JUSTICE

131678F.P05